**SO ORDERED.**

**SIGNED this 21 day of November, 2024.**



_Robert M. Matson_
**Robert M. Matson
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: } | BANKRUPTCY CASE | |
| ADRIAN LEE GLEE and, } | NO.: 24-50875-RMM | |
| FELICIA LASHAWN HAYES GLEE, } | | |
| Debtors. } | CHAPTER 13 PROCEEDING | |
| } | | |

| | | |
|---|---|---|
| FELICIA LASHAWN HAYES GLEE, } | ADVERSARY CASE | |
| Movant/Plaintiff, } | NO. 24-05023-RMM | |
| vs. } | | |
| DEBT MANAGEMENT AND COLLECTIONS} | | |
| SYSTEM } | | |
| Respondent/Defendant. } | | |

## **DEFAULT JUDGMENT**

IT APPEARING by the Affidavit of counsel for Movant/Plaintiff that the Respondent/Defendant has failed to plea or otherwise defend this action, Respondent/Defendant's default having been entered by the clerk, and the Respondent/Defendant having raised no defense to this action and the Court deeming it proper that a default judgment should be entered in favor of the Movant/Plaintiff, it is

ORDERED that judgment by default be entered in this action in favor of the Movant/Plaintiff and against the Respondent/Defendant; it is

FURTHER ORDERED that the Movant/Plaintiff's obligation to Debt Management and Collections System is a dischargeable debt and will be discharged upon entry of a discharge order in the Debtor's pending Chapter 13 case.

END OF DOCUMENT

This document prepared by:
Cawthon H. Custer
State Bar No. 261690
P. O. Box 605
Albany, GA 31702
229/888-1105
custercusterclark@gmail.com